IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. H-14-1207 |
| DEMETRIA GOMEZ CRUZ, | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

A default and default judgment having been entered, the plaintiff J&J Sports Productions, Inc., recovers from the defendant, Demetria Gomez Cruz, statutory damages in the amount of $10,000.00, additional damages in the amount of $25,000.00, attorney's fees in the amount of $1,500.00, and postjudgment interest at the rate of 0.12% *per annum*.

This is a final judgment.

SIGNED on August 18, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge